**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

| In Re: | LISA PATTERSON | | Case Number: 07-70262 |
|---|---|---|---|
| | 3912 LOUISIANA ROAD, #6 | SSN-xxx-xx-9574 | |
| | ROCKFORD, IL  61108 | | |

| | Case filed on: | 2/8/2007 |
|---|---|---|
| | Plan Confirmed on: | 4/20/2007 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,747.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 003 | AT & T | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LISA PATTERSON | 0.00 | 0.00 | 173.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 173.00 | 0.00 |
| 001 | TRIAD FINANCIAL CORP | 7,338.58 | 7,000.00 | 2,777.52 | 845.91 |
| 013 | KEITH RUIZ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 7,338.58 | 7,000.00 | 2,777.52 | 845.91 |
| 001 | TRIAD FINANCIAL CORP | 0.00 | 338.58 | 0.00 | 0.00 |
| 002 | AT & T | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHASE 8 | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | KEVIN FITZGERALD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SPRINT NEXTEL - DISTRIBUTION | 1,424.93 | 1,424.93 | 0.00 | 0.00 |
| 010 | NICOR GAS | 272.42 | 272.42 | 0.00 | 0.00 |
| 011 | ST. PAUL ACADEMY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 574.66 | 574.66 | 0.00 | 0.00 |
| | Total Unsecured | 2,272.01 | 2,610.59 | 0.00 | 0.00 |
| | Grand Total: | 12,110.59 | 12,110.59 | 5,450.52 | 845.91 |

| | | |
|---|---|---|
| Total Paid Claimant: | $6,296.43 | |
| Trustee Allowance: | $450.57 | Wherefore, your petitioner prays that a final Decree be entered |
| Percent Paid Unsecured: | 0.00 | discharging the trustee and the trustee's surety from any and all |
| | | liablility on account of the within proceedings, and closing the estate, |
| | | and for such other relief as is just.  Pursuant to FRBP, I hereby |
| | | certify that the subject case has been fully administered. |

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/30/2008</u>          By  <u>/s/Heather M. Fagan</u>